IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAKE CHARLES DIESEL, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 04-0163-CG-L** |
| ) | |
| **PAIGE ONE**, her hull, *engine*s, tackle, ) | |
| appurtenances, etc., *in rem*; and **QUEST** ) | |
| **EXPRESS, INC.**, d/b/a **QUEST OFFSHORE** ) | |
| **MARINE, INC.**, and **JAMES M. NELSON, JR.** ) | |
| *in personam*, ) | |
| ) | |
| **Defendants,** ) | |
| ) | |
| *and* ) | |
| ) | |
| **AMSOUTH BANK,** ) | |
| ) | |
| **Plaintiff in Intervention,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **PAIGE ONE**, her hull, engines, tackle, ) | |
| appurtenances, etc., Official No.: 639702, ) | |
| *in rem;* **QUEST EXPRESS, INC.**, d/b/a ) | |
| **QUEST OFFSHORE MARINE, INC.,** ) | |
| **NAUTICAL QUEST, INC., LAURA M.** ) | |
| **NELSON and JAMES M. NELSON, JR,** ) | |
| *in personam*, ) | |
| ) | |
| **Defendants in Intervention.** ) | |

**ORDER**

On May 5, 2005 defendant in intervention, Laura M. Nelson, filed a "Suggestion of

Bankruptcy" wherein she represents that she has filed a voluntary petition for relief under Chapter 11 of

the Bankruptcy Code on May 5, 2005. (Doc. 48).

Pursuant to 11 U.S.C. § 362, the filing a bankruptcy petition operates as a stay of an action. Accordingly, this action is **STAYED, in its entirety.**[1]

The Clerk of Court is directed to place this case on the court's administrative docket

Counsel for the defendants and/or intervenor defendants shall notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, at which time this action shall be reinstated to the court's active docket.

**DONE and ORDERED** this 6th day of May, 2005.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] This action has been stayed as to all other defendants and/or intervenor defendants as set out in the court's orders of April 6, 2004 (Doc. 13), March 18, 2005 (Doc. 37), and March 24, 2005 (Doc. 40).